IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**STEVEN B. MICHAELS, LLC**                                           **PLAINTIFF**

**VS.**                                                         **CAUSE NO. 3:24-cv-373-MPM-RP**

**RUSTIC RESERVE, LLC,**
**JERRY BRUCE LIVINGSTON AND**
**AUSTIN SHAFER**                                           **DEFENDANTS**

**DEFAULT JUDGMENT**

Plaintiff Steven B. Michaels, LLC has moved this court for a Default Judgment against the Defendants, Rustic Reserve, LLC, Jerry Bruce Livingston and Austin Shafer, jointly and severally. In support of that motion, Plaintiff submits that:

1. All Defendants were served with process on January 2, 2025. [Doc. Nos. 3, 4 and 5].

2. More than twenty-one (21) days have elapsed from the date on which the Defendants were personally served with the complaint in this action.

3. Defendants failed to answer or otherwise defend Plaintiff's Complaint and, pursuant to F.R.C.P. Rule 55(a), entries of default were entered by the Clerk of this Court against all Defendants on or about February 19, 2025, upon affidavit of the Plaintiff's attorney. [Doc. Nos. 9, 10 and 11].

4. None of the Defendants are minors or incompetent persons.

None of the Defendants have responded in opposition to the Motion for Default Judgment within the time provided by law, and, this court, having reviewed the motion and supporting affidavit, finds it to be well taken.

It is therefore ordered that default judgment is entered in favor of plaintiff in the amount of $ 83,000.00 in compensatory damages and $10,570.00 in attorneys' fees and costs, for a total of $93,570.00.

So ordered, this, the 11th day of March, 2025.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPP